JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER SLOAT, | Case No. CV 08-1420-ODW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| V.M. ALMAGER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: <u>October 8, 2008</u>

_____
Otis D. Wright, II
United States District Judge

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SLOAT, | ) | Case No. CV 08-1420-ODW (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| V.M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 8, 2008

_____
Otis D. Wright, II
United States District Judge